UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JERON JENKINS
CLIFTON DAVIS

CASE NO. 8:24cr511-MSS-NHA
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to possess with intent to distribute controlled substances)**

Beginning on an unknown date, but not later than March 2022, and continuing through on or about October 3, 2022, in the Middle District of Florida, the defendants,

JERON JENKINS
and
CLIFTON DAVIS,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).



## COUNT TWO
### (Possession with intent to distribute)

On or about March 2, 2022, in the Middle District of Florida, the defendant,

JERON JENKINS,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### (Possession with intent to distribute)

On or about March 16, 2022, in the Middle District of Florida, the defendants,

JERON JENKINS
and
CLIFTON DAVIS,

while aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
### (Possession with intent to distribute)

On or about September 20, 2022, in the Middle District of Florida, the defendants,

JERON JENKINS
and
CLIFTON DAVIS,

while aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## **FORFEITURE**

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes, but is not limited to, a $7,800 order of forfeiture, which constitutes the proceeds of the offenses.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Shauna S. Hale
Assistant United States Attorney

By: _____
*for* James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

4

FORM OBD-34
November 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### JERON JENKINS
### CLIFTON DAVIS

## INDICTMENT

Violations: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

███████████████

Foreperson

Filed in open court this 20th day

of November, 2024.

*Ashley Sanders*, Clerk   **ASHLEY SANDERS**

Bail $_____

GPO 863 525